UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NATIONAL CREDIT UNION
ADMINISTRATION BOARD, et al.,
                         Plaintiffs,

          -against-                     15 Civ. 2144 (LGS) (SN)

HSBC BANK USA, NATIONAL
ASSOCIATION,
                         Defendant.
------------------------------------------------------------- X

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties are briefing cross-motions for summary judgment and shall file all briefing on September 3, 2021. Dkt. No. 437.

WHEREAS, on July 14, 2021, Plaintiffs filed a letter seeking clarification as to when they should file any pre-motion letter in anticipation of a motion to strike portions of an affidavit submitted by litigation counsel for Defendant. Dkt. No. 442. It is hereby

**ORDERED**, that on **September 3, 2021**, Plaintiffs shall file their pre-motion letter in anticipation of a motion to strike and Defendant shall file its responsive letter. The Court will address the anticipated motion along with the parties' cross-motions for summary judgment.

Dated: July 26, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE