UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NATIONAL CREDIT UNION
ADMINISTRATION BOARD, et al.,
                         Plaintiffs,

              -against-

HSBC BANK USA, NATIONAL
ASSOCIATION,
                         Defendant.
------------------------------------------------------------- X

15 Civ. 2144 (LGS) (SN)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: January 3, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE