UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　　　　Defendant. | Case No. 14-CV-10101-LGS-SN |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　　　　Defendant. | Case No. 15-CV-2144-LGS-SN |

### ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY MATTHEW B. UNDERWOOD

Upon consideration of the Motion for Withdrawal of Attorney Matthew B. Underwood, and finding good cause, it is hereby ordered that:

1. The Motion is GRANTED.

2. The Clerk is ordered to reflect on the docket the termination of attorney Matthew B. Underwood as counsel of record for Defendant HSBC Bank USA, N.A.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 429 in 14 Civ. 10101 and Dkt. No. 486 in 15 Civ. 2144.

Date: January 3, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE